ment of Cayuga County Court, Corning, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.

■ BRUCE R. MANG, Respondent, v GAIL B. MANG, Appellant. (Appeal No. 1.) [656 NYS2d 998] —Appeal unanimously dismissed without costs (see, Matter of Eric D. [appeal No. 1], 162 AD2d 1051). (Appeal from Order of Supreme Court, Herkimer County, Tenney, J.—Maintenance.) Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.

■ BRUCE R. MANG, Respondent, v GAIL B. MANG, Appellant. (Appeal No. 2.) [656 NYS2d 998] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Tenney, J. (Appeal from Order of Supreme Court, Herkimer County, Tenney, J.—Maintenance.) Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.

■ MARY ELIZABETH HILL et al., Respondents, v GENESEE HOSPITAL et al., Appellants. (Appeal No. 4.) [656 NYS2d 1006] —Appeals unanimously dismissed without costs (see, Loafin' Tree Rest. v Pardi [appeal No. 1], 162 AD2d 985). (Appeals from Order of Supreme Court, Monroe County, Cornelius, J.—Dismiss Cause of Action.) Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.

■ In the Matter of MELISSA S. a Person Alleged to be a Juvenile Delinquent. DEBRA S., Appellant; JEFFERSON COUNTY ATTORNEY, Respondent. [656 NYS2d 1005] —Order unanimously affirmed without costs. Counsel's application to withdraw granted (see, e.g., Matter of Jordan S., 179 AD2d 1091). (Appeal from Order of Jefferson County Family Court, Hunt, J.—Juvenile Delinquency.) Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.

■ PEOPLE, Respondent, v LOUISE K. NOLLEY, Appellant. [656 NYS2d 1005] —Motion for reargument denied. Memorandum: We have considered the issues raised in defendant's pro se supplemental brief and conclude that they lack merit. Present—Denman, P. J., Lawton, Balio and Fallon, JJ.

■ PEOPLE, Respondent, v GARY A. SHAW, Appellant. [654 NYS2d 886] —Motion to withdraw as assigned counsel granted; cross motion to dismiss appeal granted. Memorandum: Dismissal of a criminal appeal is appropriate where, upon release from custody, a defendant is deported and "his whereabouts are unknown" (People v Jimenez, 97 AD2d 799). Present—Green, J. P., Lawton, Callahan, Doerr and Fallon, JJ.